UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PATRICK CLAY, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-10-60 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

Final judgment is entered summarily dismissing petitioner's request for relief pursuant to 28 U.S.C. § 2254. Petitioner is denied a certificate of appealability.

SIGNED and ORDERED this 24th day of February, 2010.

_____
Janis Graham Jack
United States District Judge